JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIRRELL DARNELL MURRAY, <br> Petitioner, <br> v. <br> M. ELIOT SPEARMAN, Warden, <br> Respondent. | Case No. 2:17-cv-09312-MWF (SK) <br> **JUDGMENT** |

Pursuant to the order denying the habeas petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: March 13, 2019

_____
MICHAEL W. FITZGERALD
U.S. DISTRICT JUDGE